AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

MARGARET NOWLIN, Individually,
and as Personal Representative of the estate of
TERRANCE NOWLIN, deceased,
1218 Dillon Court
Capitol Heights, MD 20743

**SUMMONS IN A CIVIL CASE**

V.

DISTRICT OF COLUMBIA
441 4th Street, NW, Suite 1110
Washington, DC 20001

CASE NUMBER 1:06CV00134

JUDGE: Rosemary M. Collyer

DECK TYPE: Civil Rights (non-employme

DATE STAMP: 01/25/2006

TO: (Name and address of Defendant)

DISTRICT OF COLUMBIA
441 4th Street, NW, Suite 1110
Washington, DC 20001

Serve:

Robert J. Spagnoletti
c/o Nadine Wilburn
Office of the Attorney General for the District of Columbia
441 4th Street, N.W.
6th Floor South
Washington, DC 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Wayne R. Cohen, #433629
Adam R. Leighton, #460184
Cohen & Cohen, P.C.
1717 K Street, NW, #502
Washington, DC 20006
202.955.4529

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          JAN 25 2006

CLERK                                DATE

*[signature]*
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 1-26-06 |
| NAME OF SERVER (PRINT) Dwayne Boston | TITLE PPS |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: X Darlene Fields, OAG, Secretary

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1-26-06
            Date

Signature of Server

1522 K St NW Ste 200
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.