UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARGARET NOWLIN, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 06-134 (RMC) |
| DISTRICT OF COLUMBIA, | ) |
| Defendant. | ) |

CONSENT MOTION OF DEFENDANT DISTRICT OF COLUMBIA FOR
A TEN (10) DAY EXTENSION OF TIME TO RESPOND TO THE COMPLAINT

Defendant District of Columbia (hereinafter "District"), by and through the undersigned counsel, hereby moves this Court pursuant Fed. R. Civ. Pro. 6 (a) and (b) (1) and LCvR 7 (m) to extend the deadline, from February 15, 2006, up to and including March 1, 2006, for the District to file its response to the complaint. In support of this motion the District states the following:

1. This is a wrongful death case in which decedent was shot by a Metropolitan Police Department police officer.

2. The District's response to the complaint is due on February 15, 2006.

3. Undersigned counsel has requested documents from the Metropolitan Police Department so that a more informed response can be filed.

4. As of today, undersigned counsel has not received any documents from the Metropolitan Police Department.

5. Pursuant LCvR 7 (m) counsel for plaintiff has consented to this motion

1

2

In support of this motion the District relies on the memorandum of points and authorities which accompanies this motion.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General

GEORGE VALENTINE
Deputy Attorney General
Civil Litigation Division

  /s/Nicole L. Lynch
NICOLE L. LYNCH [471953]
Assistant Attorney General
Civ. Lit. Div., Chief Section II

/s/David A. Jackson/s/
DAVID A. JACKSON [471535]
Assistant Attorney General
Office of the Attorney General
441 Fourth Street, NW, 6 South
Washington, D.C.  20001
Direct Line: (202) 724-6618
Facsimile: (202) 727-3625
E-mail:  davida.jackson@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARGARET NOWLIN, *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>)  Case No. 06-134 (RMC) |
| DISTRICT OF COLUMBIA, | )<br>) |
| Defendant. | )<br>)<br>)<br>) |

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
CONSENT MOTION OF DEFENDANT DISTRICT OF COLUMBIA FOR
A TEN (10) DAY EXTENSION OF TIME TO RESPOND TO THE COMPLAINT

Rule 6(b) (1) of the Federal Rules of Civil Procedure permits an extension of time when a request is made prior to the expiration of the time originally prescribed. In this case, this motion is timely as the date for the District to file its response to the complaint is February 15, 2006. No prejudice will result to plaintiff if this motion is granted.

WHEREFORE, the District respectfully moves this Court to grant the instant motion.

                                              Respectfully submitted,

                                              ROBERT J. SPAGNOLETTI
                                              Attorney General

                                              GEORGE VALENTINE
                                              Deputy Attorney General
                                              Civil Litigation Division

                                                 /s/Nicole L. Lynch
                                              NICOLE L. LYNCH [471953]
                                              Assistant Attorney General
                                              Civ. Lit. Div., Chief Section II

        /s/David A. Jackson/s/
DAVID A. JACKSON [471535]
Assistant Attorney General
Office of the Attorney General
441 Fourth Street, NW, 6 South
Washington, D.C.  20001
Direct Line: (202) 724-6618
Facsimile: (202) 727-3625
E-mail: davida.jackson@dc.gov