UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARGARET NOWLIN, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>) Case No. 06-134 (RMC)<br>DISTRICT OF COLUMBIA, )<br>)<br>Defendant. )<br>)<br>) | |

## **ORDER**

Upon consideration of the Consent Motion of Defendant District of Columbia for a Ten (10) Day Extension of Time to Respond to the Complaint, the Memorandum of Points and Authorities in Support thereof, the consent of plaintiff, and the entire record herein, it is this _____ day of February 2006,

ORDERED that defendant's motion is GRANTED, and it is further

ORDERED that the deadline for the District to file its response to the complaint is extended up to and including March 1, 2006.

So ordered.

                                                                                                          _____
                                                                                                          Judge Rosemary M. Collyer
                                                                                                          United States District Court
                                                                                                           District of Columbia