**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**
Civil Division

|  |  |
|---|---|
| MARGARET NOWLIN, *Individually,* and as Personal Representative of the estate of TERRANCE NOWLIN, *deceased*, <br><br>    Plaintiff, <br><br> v. <br><br> DISTRICT OF COLUMBIA <br><br>    Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) )   Civil Action No. 06-134 (RMC) |

## JOINT RULE 16.3 REPORT

COME NOW Plaintiff and Defendant, by and through the undersigned counsel, and file this report regarding the results of the meeting of counsel pursuant to Rule 16.3. In their meeting, counsel for the above parties discussed the following items, reached the following agreements, and/or set forth the following positions for any disagreements:

(1)    **Status of Dispositive Motions**:  Plaintiff does not believe that this case is likely to be resolved by dispositive motion.  The District believes that this case may be resolved by dispositive motion.

(2)    **Amended Pleadings:**  The parties do not anticipate that it will be necessary to join third parties or amend the pleadings.

(3)    **Assignment to Magistrate Judge:**  The parties do not believe that this case should be assigned to a magistrate judge.

(4)    **Settlement Possibility:**  The parties believe that mediation may prove beneficial in settlement of this matter; however, the parties believe that mediation should be conducted after the close of discovery.

(5)    **ADR:**  The parties agree that this case would benefit from the Court's alternative dispute resolution program after the exchange of discovery.

(6) **Dispositive Motions:** The parties believe that any dispositive motions should be filed within 30 days after the close of discovery and that any oppositions and replies should be filed in accordance with LCvR 7 (b) and (d).

(7) **Initial Disclosures:** The parties do not agree to dispense with the initial disclosures required by Rule 26(a)(1).

(8) **Discovery:** The parties agree not to place any limits on depositions, interrogatories, or document requests other than those imposed by the track designation ordered by the Court.

(9) **Experts:** The parties propose that they exchange expert witness reports and information pursuant to Rule 26(a)(2) and that the expert witnesses be available for deposition.

(10) **Class Action Procedures:** N/A

(11) **Bifurcation:** The parties do not believe that bifurcation is appropriate.

(12) and (13) The represented parties' proposed schedule:

| | |
|---|---|
| Plaintiff's Expert Designation | August 1, 2006 |
| Defendants' Expert Designation | September 1, 2006 |
| Requests for Discovery Cutoff | November 1, 2006 |
| Discovery Cutoff | December 1, 2006 |
| Motions Deadline | January 2, 2007 |
| Oppositions | 20 days later |
| ADR | TBD |
| Pretrial Conference | TBD |
| Trial Date | TBD |

Dated: April 3, 2006                           RESPECTFULLY SUBMITTED,


/S/
_____
Adam R. Leighton , #460184
Wayne R. Cohen, #433629
COHEN & COHEN, P.C.
1000 Connecticut Avenue, Suite 502
Washington, DC  20006
(202) 955-4529
Attorneys for Plaintiff

/S/
_____
David Jackson, Esq., #471535
Office of the Attorney General
441 Fourth Street, N.W., 6 South
Washington, DC  20001
(202) 724-6618
Attorney for Defendant

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 3, 2006, I served a true and correct copy of the foregoing Rule 16.3 Report by email, on:

David Jackson, Esq.
Office of the Attorney General
441 Fourth Street, N.W., 6 South
Washington, DC  20001
Davida.jackson@dc.gov

                                                /S/
                                    _____
                                          Adam R. Leighton