UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| MARGARET NOWLIN, *Individually,* and as Personal Representative of the estate of TERRANCE NOWLIN, *deceased,* ) ) ) ) ) )  Plaintiff, ) ) v. ) ) DISTRICT OF COLUMBIA ) ) Defendant. ) | Civil Action No. 06-134 (RMC) |

**PLAINTIFF'S CONSENT MOTION FOR**
**<u>EXTENSION OF DISCOVERY DEADLINES</u>**

COMES NOW Plaintiff, by and through the undersigned counsel, and submits this Consent Motion for Extension of Discovery Deadlines. In support of this Motion, Plaintiff states as follows:

1. This is a wrongful death case, in which two District of Columbia Metropolitan Police Officers shot and killed Terrance Nowlin. Plaintiff in this case is the deceased's mother, Margaret Nowlin.

2. The Complaint in this case was filed on January 25, 2006.

3. Due to witness schedules, trial schedules, and summer vacations, the parties have been delayed in completing discovery in this case. However, depositions are currently scheduled for September 14 and September 15, 2006.

4. Accordingly, the parties seek additional time to complete discovery in this case.

5. The parties request the Court to extend the discovery period by ninety days and amend the scheduling order to the following:

       Plaintiff Rule 26(a)(2)     10/30/06
       Status Conference        12/05/06
       Opponent Rule 26(a)(2)  11/30/06
       Discovery Closed         03/01/07
       Deadline for Filing Motions  04/02/07

6. There have been no previous discovery extensions in this case.

7. All parties consent to this Motion.

8. No parties will be prejudice by the granting of this motion.

**WHEREFORE**, Plaintiff, with consent of Defendant, respectfully requests that the Court grant this Consent Motion for Extension of Discovery Deadlines, and amend the scheduling order as proposed above.

Dated: July 25, 2006                           RESPECTFULLY SUBMITTED,

                                                Adam R. Leighton, #460184
                                                Wayne R. Cohen, #433629
                                                COHEN & COHEN, P.C.
                                                1000 Connecticut Avenue, NW
                                                Suite 502
                                                Washington, D.C. 20006
                                                (202) 955-4529

### Certificate of Service

I hereby certify that on July 25, 2006, I caused a true and exact copy of the foregoing *Plaintiff's Consent Motion for Extension of Discovery Deadlines* to be sent by first-class mail, postage prepaid, to:

> David Jackson, Esq.
> Office of the Attorney General
> 441 Fourth Street, N.W., 6 South
> Washington, DC 20001

_____
Adam R. Leighton

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

| | | |
|---|---|---|
| MARGARET NOWLIN, *Individually,* and as Personal Representative of the estate of TERRANCE NOWLIN, *deceased,*<br><br>Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 06-134 (RMC) |

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S CONSENT MOTION FOR EXTENSION OF DISCOVERY DEADLINES

COMES NOW Plaintiff, by and through the undersigned counsel, respectfully refers this Court to the following points of law and authorities in support of Plaintiff's Consent Motion for Extension of Discovery Deadlines:

1. Fed. R. Civ. P. 26 (2006).
2. The inherent power of the Court to control its own docket.

Dated: July 25, 2006

RESPECTFULLY SUBMITTED,

Adam R. Leighton, #460184
Wayne R. Cohen #433629
COHEN & COHEN, P.C.
1000 Connecticut Avenue, NW
Suite 502
Washington, DC  20006
(202) 955-4529
Attorneys for Plaintiff

4

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

|  |  |  |
|---|---|---|
| MARGARET NOWLIN, *Individually*, and as Personal Representative of the estate of TERRANCE NOWLIN, *deceased*, | ) ) ) ) ) | Civil Action No. 06-134 (RMC) |
| Plaintiff, | ) ) ) |  |
| v. | ) ) |  |
| DISTRICT OF COLUMBIA | ) ) ) |  |
| Defendant. | ) |  |

### ORDER

UPON CONSIDERATION of Plaintiff's Consent Motion for Extension of Discovery Deadlines, it is this _____ day of _____, 2006 by the United States District Court for the District of Columbia

ORDERED, that Plaintiff's Consent Motion for Extension of Discovery Deadlines be, and hereby is, GRANTED; and it is further

ORDERED, that the discovery period be extended by ninety days and the scheduling order be amended as follows:

| | |
|---|---|
| Plaintiff Rule 26(a)(2) | 10/30/06 |
| Status Conference | 12/05/06 |
| Opponent Rule 26(a)(2) | 11/30/06 |
| Discovery Closed | 03/01/07 |
| Deadline for Filing Motions | 04/02/07 |

_____
Judge, U.S. District Court, District of Columbia

Copies to:
Adam R. Leighton, Esq.
David Jackson, Esq.