UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MARGARET NOWLIN, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 06-134 (RMC) |
| DISTRICT OF COLUMBIA, | ) | |
| Defendant. | ) | |

**ORDER OF REFERRAL FOR MEDIATION**

It is hereby **ORDERED** that this matter is referred to Magistrate Judge Alan Kay for mediation for a period of sixty (60) days, effective October 1, 2006. The parties are to jointly contact Judge Kay in order to schedule the conference(s). After additional consideration, it is

**FURTHER ORDERED** that counsel and the parties shall attend the mediation sessions. It is

**FURTHER ORDERED** that if the case settles, in whole or in part, counsel shall promptly advise the Court of the settlement.

The deputy clerk will schedule a post-mediation status conference.

**SO ORDERED**.

DATE: August 31, 2006        /s/
                ROSEMARY M. COLLYER
                United States District Judge