## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

|  |  |  |
|---|---|---|
| MARGARET NOWLIN, *Individually,* | ) | |
| *and as Personal Representative* | ) | |
| *of the estate of* | ) | |
| TERRANCE NOWLIN, *deceased,* | ) | Civil Action No. 06-134 (RMC) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DISTRICT OF COLUMBIA | ) | |
| | ) | |
| Defendant. | ) | |

### PLAINTIFF'S CONSENT MOTION FOR
### EXTENSION OF DISCOVERY DEADLINES

COMES NOW Plaintiff, by and through the undersigned counsel, and submits this Consent Motion for Extension of Discovery Deadlines.  In support of this Motion, Plaintiff states as follows:

1.     This is a wrongful death case, in which two District of Columbia Metropolitan Police Officers shot and killed Terrance Nowlin.  Plaintiff in this case is the deceased's mother, Margaret Nowlin.

2.     The Complaint in this case was filed on January 25, 2006.

3.     The parties held a mediation conference in front of Judge Kay on December 7, 2006.

4.     The parties continue to negotiate through Judge Kay and are hopeful that a resolution can be reached in this case.

5.     To the extent the case can not be resolved the parties seek additional time to complete discovery in this case.

6.      The parties request the Court to extend the discovery period and amend the

scheduling order to the following:

|                              |          |
|------------------------------|----------|
| Plaintiff Rule 26(a)(2)      | 4/01/07  |
| Opponent Rule 26(a)(2)       | 5/1/07   |
| Discovery Closed             | 07/01/07 |
| Deadline for Filing Motions  | 08/1/07  |

7.      There have been no previous discovery extensions in this case.

8.      All parties consent to this Motion.

9.      No parties will be prejudice by the granting of this motion.

**WHEREFORE**, Plaintiff, with consent of Defendant, respectfully requests that the Court

grant this Consent Motion for Extension of Discovery Deadlines, and amend the scheduling

order as proposed above.

Dated: January 11, 2007                          RESPECTFULLY SUBMITTED,


_____/ARL/_____
Adam R. Leighton, #460184
Wayne R. Cohen, #433629
COHEN & COHEN, P.C.
1000 Connecticut Avenue, NW
Suite 502
Washington, D.C. 20006
(202) 955-4529

**<u>Certificate of Service</u>**

I hereby certify that on January 9, 2007, I caused a true and exact copy of the foregoing *Plaintiff's Consent Motion for Extension of Discovery Deadlines* to be sent by first-class mail, postage prepaid, to:

> David Jackson, Esq.
> Office of the Attorney General
> 441 Fourth Street, N.W., 6 South
> Washington, DC  20001

/ARL/

_____

Adam R. Leighton

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

|  |  |  |
|---|---|---|
| MARGARET NOWLIN, *Individually,* | ) | |
| *and as Personal Representative* | ) | |
| *of the estate of* | ) | |
| TERRANCE NOWLIN, *deceased,* | ) | Civil Action No. 06-134 (RMC) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DISTRICT OF COLUMBIA | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM OF POINTS AND
## AUTHORITIES IN SUPPORT OF PLAINTIFF'S
## CONSENT MOTION FOR EXTENSION OF DISCOVERY DEADLINES

COMES NOW Plaintiff, by and through the undersigned counsel, respectfully refers this

Court to the following points of law and authorities in support of Plaintiff's Consent Motion for

Extension of Discovery Deadlines:

1. Fed. R. Civ. P. 26 (2006).
2. The inherent power of the Court to control its own docket.

Dated: January 9, 2007                              RESPECTFULLY SUBMITTED,

/ARL/
_____
Adam R. Leighton, #460184
Wayne R. Cohen #433629
COHEN & COHEN, P.C.
1000 Connecticut Avenue, NW
Suite 502
Washington, DC  20006
(202) 955-4529
Attorneys for Plaintiff

4

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**
Civil Division

|  |  |  |
|---|---|---|
| MARGARET NOWLIN, *Individually,* | ) | |
| *and as Personal Representative* | ) | |
| *of the estate of* | ) | |
| TERRANCE NOWLIN, *deceased*, | ) | Civil Action No. 06-134 (RMC) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DISTRICT OF COLUMBIA | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

UPON CONSIDERATION of Plaintiff's Consent Motion for Extension of Discovery Deadlines, it is this _____ day of _____, 2007 by the United States District Court for the District of Columbia

ORDERED, that Plaintiff's Consent Motion for Extension of Discovery Deadlines be, and hereby is, GRANTED; and it is further

ORDERED, that the discovery period be extended by ninety days and the scheduling order be amended as follows:

| | |
|---|---|
| Plaintiff Rule 26(a)(2) | 4/01/07 |
| Opponent Rule 26(a)(2) | 5/1/07 |
| Discovery Closed | 07/01/07 |
| Deadline for Filing Motions | 08/01/07 |

_____
Judge, U.S. District Court, District of Columbia

Copies to:
Adam R. Leighton, Esq.
David Jackson, Esq.

5