# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
### Civil Division

|  |  |  |
|---|---|---|
| MARGARET NOWLIN, *Individually,*<br>*and as Personal Representative*<br>*of the estate of*<br>TERRANCE NOWLIN, *deceased*, | )<br>)<br>)<br>)<br>)<br>) | Civil Action No. 06-134 (RMC) |
| Plaintiff, | )<br>) | |
| v. | )<br>) | |
| DISTRICT OF COLUMBIA | )<br>) | |
| Defendant. | ) | |

## JOINT STATUS REPORT

Come now the parties, pursuant to the Court's Order of January 19, 2007, and file this Joint Status Report. To date, the parties continue to have settlement negotiations with Magistrate Judge Alan Kay.

Dated: February 16, 2007                    RESPECTFULLY SUBMITTED,

/ARL/                                                    /DJ/

_____                 _____
Adam R. Leighton, Esq.                        David Jackson, Esq.
COHEN & COHEN, P.C.                        Office of the Attorney General
1821 Jefferson Place, NW, 4th Floor      441 Fourth Street, N.W., 6 South
Washington, DC  20036                        Washington, DC  20001
(202) 955-4529

**<u>Certificate of Service</u>**

I hereby certify that on this 16th day of February, 2007, I caused a true and exact

copy of the foregoing Notice to be sent by first-class mail, postage prepaid, to:

David Jackson, Esq.
Office of the Attorney General
441 Fourth Street, N.W., 6 South
Washington, DC  20001

/ARL/
_____
Adam R. Leighton