## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| MARGARET NOWLIN, *Individually,* ) <br> *and as Personal Representative* ) <br> *of the estate of* ) <br> TERRANCE NOWLIN, *deceased,* ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DISTRICT OF COLUMBIA ) <br> ) <br> Defendant. ) | Civil Action No. 06-134 (RMC) |

## JOINT STATUS REPORT

Come now the parties, pursuant to the Court's Order of February 23, 2007, and file this Joint Status Report. To date, the parties continue to have settlement negotiations with Magistrate Judge Alan Kay.

Dated: March 26, 2007                                       RESPECTFULLY SUBMITTED,


/ARL/                                                                        /DJ/
_____                   _____
Adam R. Leighton, Esq.                                       David Jackson, Esq.
COHEN & COHEN, P.C.                                       Office of the Attorney General
1821 Jefferson Place, NW, 4th Floor                     441 Fourth Street, N.W., 6 South
Washington, DC  20036                                       Washington, DC  20001
(202) 955-4529

## Certificate of Service

      I hereby certify that on this 26th day of March, 2007, I caused a true and exact copy of the foregoing Notice to be sent by first-class mail, postage prepaid, to:

David Jackson, Esq.
Office of the Attorney General
441 Fourth Street, N.W., 6 South
Washington, DC  20001

/ARL/
_____
Adam R. Leighton