**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**
Civil Division

|  |  |  |
|---|---|---|
| MARGARET NOWLIN, *Individually,* *and as Personal Representative* *of the estate of* TERRANCE NOWLIN, *deceased,* | ) ) ) ) ) | Civil Action No. 06-134 (RMC) |
| Plaintiff, | ) ) |  |
| v. | ) ) |  |
| DISTRICT OF COLUMBIA | ) ) |  |
| Defendant. | ) |  |

**PRAECIPE OF DISMISSAL**

Come now the parties, by and through the undersigned counsel, and dismiss this case with prejudice as the parties have reached a settlement.

Dated: October 3, 2007                                    RESPECTFULLY SUBMITTED,

/S/
_____
Adam R. Leighton, Esq.
COHEN & COHEN, P.C.
1821 Jefferson Place, NW
Washington, DC  20036
(202) 955-4529
Attorney for Plaintiff


/S/
_____
David Jackson, Esq.
Office of the Attorney General
441 Fourth Street, N.W., 6 South
Washington, DC  20001

**Certificate of Service**

  I certify that on October 3, 2007, I electronically transmitted the attached Praecipe of Dismissal to the Clerk's office using the electronic system for filing, and an electronic copy of this document was served on the following:

David Jackson, Esq.
Office of the Attorney General
441 Fourth Street, N.W., 6 South
Washington, DC  20001

                /S/
                _____
                 Adam R. Leighton